UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| TIMOTHY JOHNSON | * | CIVIL ACTION NO. 17-1162 |
|---|---|---|
| VERSUS | * | JUDGE ROBERT G. JAMES |
| EVANGELINE BOYLES, ET AL. | * | MAG. JUDGE KAREN L. HAYES |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED, ADJUDGED, AND DECREED that the above-captioned Complaint is hereby DISMISSED WITHOUT PREJUDICE for lack of subject matter jurisdiction.

IT IS FURTHER ORDERED that plaintiff's letter-motion for preliminary injunction [Doc. No. 5] is DENIED.

MONROE, LOUISIANA, this 19th day of December, 2017.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE